Stephen P. Kyne
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LIBERTY MUTUAL INSURANCE COMPANY** a/s/o **WATERFRONT ENTERPRISES, INC.**, and **WATERFRONT ENTERPRISES, INC.**, <br><br>                          **Plaintiffs,** <br><br> v. <br><br> **BOUCHARD TRANSPORTATION CO., INC.** *in personam*, and M/V JANE A. BOUCHARD, her engines, boilers, tackle, appurtenances, furnishings, fittings, etc. *in rem*, <br><br>                          **Defendants.** | 12 CIV 7061 (WHP) <br><br> **RULE 7.1 STATEMENT** <br><br> ECF Case |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Claimant, Tug Jane A. Bouchard Corp., for the M/V JANE A. BOUCHARD, is a wholly-owned subsidiary of Defendant, Bouchard Transportation Co., Inc., which hereby represents to this Honorable Court that it does not have a corporate parent nor are there any publicly-held corporations that own 10% or more of its stock.

Dated:   New York NY
         November 20, 2012

                                                    BURKE & PARSONS
                                                    Attorneys for Defendants
                                                    BOUCHARD TRANSPORTATION CO., INC.,
                                                    *in personam*, and Claimant TUG JANE A.
                                                    BOUCHARD CORP., for M/V JANE A BOUCHARD,
                                                    *in rem*

                                                    By:  s/ Stephen P. Kyne
                                                           STEPHEN P. KYNE
                                                           100 Park Avenue
                                                           New York NY  10017-5533
                                                           (212) 354-3800
                                                           kyne@burkeparsons.com