USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/13

Pauley, W.

221-13/JJW
FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Defendant Bouchard Transportation Co., Inc.
80 Pine Street
New York, New York 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
John J. Walsh, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

LIBERTY MUTUAL INSURANCE COMPANY
a/s/o WATERFRONT ENTERPRISES, INC. and
WATERFRONT ENTERPRISES, INC.,

                  Plaintiffs,

-against-

BOUCHARD TRANSPORTATION CO., INC.
*in personam*, and M/V JANE BOUCHARD, her
engines, boilers, tackle, appurtenances, furnishings,
fittings, etc. *in rem*,

                  Defendants.

----------------------------------------------------------x

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

12 Civil 7061 (WHP)

SIRS:

**PLEASE TAKE NOTICE** that Defendant, BOUCHARD TRANSPORTATION CO., INC., hereby substitutes as counsel the law firm of FREEHILL, HOGAN & MAHAR, LLP, 80 Pine Street, New York, New York 10005, in place and instead of the law firm of BURKE & PARSONS, 100 Park Avenue, New York, New York 10017; Telephone No.: (212) 354-3814.

401680.1

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
5/29/13

PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should also be served on Freehill, Hogan & Mahar LLP at the address indicated below, as counsel for Defendant.

Dated: New York, New York
May 21, 2013

        FREEHILL, HOGAN & MAHAR LLP

BY: _____
        John J. Walsh
        Appearing Counsel for Defendant
        80 Pine Street
        New York, New York 10005
        Telephone: (212) 425-1900
        Facsimile: (212) 425-1901

        BURKE & PARSONS

BY: _____
        Stephen P. Kyne
        Withdrawing Counsel for Defendant
        100 Park Avenue
        New York, New York 10017
        Telephone: (212) 354-3814

        BOUCHARD TRANSPORTATION CO., INC.

BY: _____
        Andrea Jansz, Esq.
        General Counsel and Risk Manager
        58 South Service Road
        Melville, New York 11747
        Telephone: (631) 390-4900



SO ORDERED:

_____
William H. Pauley, U.S.D.J.

TO: Thomas Tisdale, Esq.
    Claurisse Ann Campanale-Orozco
    TISDALE LAW OFFICES, LLC
    60 East 42nd Street – Suite 1638
    New York, New York 10165
    Telephone: (212) 354-0025

   THE CHARTWELL LAW OFFICE, LLP
   One Battery Park Plaza, 35th Floor
   New York, New York 10004
   Telephone: (212) 785-0758
   Attn: Danielle S. Kaminski, Esq.

401680.1                              3