**MEMO ENDORSED**

WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
MANUEL A. MOLINA
DANIEL J. FITZGERALD*†△
BARBARA G. CARNEVALE*
JAN P. GISHOLT†
SUSAN LEE*
EDWARD J. CARLSON
ERIC J. MATHESON*
MICHAEL D. TUCKER*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

May 31, 2013

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
GEORGE B. FREEHILL


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/13

Our Ref.: 221-13/JJW


MAY 31 2013

**BY HAND**
Honorable William H. Pauley III
United States District Court
Southern District of New York
U. S. Courthouse
500 Pearl Street – Room 2210
New York, New York 10007-1312

      RE:   Liberty Mutual Insurance Company et al. v.
              Bouchard Transportation Co., Inc. et al.
              12 Civil 7061 (WHP)

Dear Judge Pauley:

      We have just been substituted as counsel for Defendant Bouchard Transportation Co., Inc. as per the court order of May 29, 2013 in this admiralty matter involving damage to a dock in Connecticut. Upon review of the court's scheduling order, we note that all fact discovery shall be completed by May 31, 2013, which is today's date. With the consent of all counsel, we respectfully request that the Court extend the discovery dates by ninety days, as follows:

      1)    All fact discovery shall be completed by August 30, 2013;

      2)    All expert discovery shall be completed by September 30, 2013;

402086.1

3)   The parties are directed to submit a joint pre-trial order by November 27, 2013;

4)   The parties are directed to appear for a final pre-trial conference on December 13, 2013 at 10:30 a.m.

We have just been provided the file in this matter and note that it may involve some complex questions regarding the depreciation to the pier that was damaged, which may require further expert inspections, reports and depositions.

To our knowledge, this is the first request for an adjournment that has been made in this case.

To our knowledge, no formal discovery has yet been exchanged.

We thank the Court for your attention to the matter.

Respectfully,
FREEHILL, HOGAN & MAHAR, LLP

John J. Walsh

JJW:ac

cc:   **Via Electronic Mail**
**and First Class Mail**
Thomas Tisdale, Esq.
Claurisse Ann Campanale-Orozco, Esq.
TISDALE LAW OFFICES, LLC
60 East 42nd Street – Suite 1638
New York, New York  10165

Danielle S. Kaminski, Esq.
THE CHARTWELL LAW OFFICE, LLP
One Battery Park Plaza, 35th Floor
New York, New York  10004

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
6/4/13